# IN THE SUPREME COURT OF THE STATE OF NEVADA

**DEREK ANTHONY COSTANTINO,**
                    Appellant,

                    vs.

**THE STATE OF NEVADA,**
                    Respondent.

No. 70388

**FILED**

AUG 1 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK



## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion to correct clerical mistake within judgment of conviction per NRS 176.565. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State,* 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____ , J.
Cherry

_____ , J.          _____ , J.
Douglas                                  Gibbons

cc:    Hon. Kathleen E. Delaney, District Judge
       Derek Anthony Costantino
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

16-24734